UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DEJURNETT, | ) CV 09-4759-R(CT) |
| ) | |
| Petitioner, ) | |
| ) | ORDER ACCEPTING FINDINGS, |
| v. ) | CONCLUSIONS, AND RECOMMENDATIONS |
| ) | OF UNITED STATES MAGISTRATE JUDGE |
| JOHN F. SALAZAR, WARDEN, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

Pursuant to 28 U.S.C. § 636, the court has reviewed the petition, all the records and files herein, the report and recommendation of the United States Magistrate Judge, and petitioner's objections to the report and recommendation.  The court concurs with and adopts the findings, conclusions, and recommendations of the magistrate judge.

IT IS ORDERED that judgment be entered denying the petition for writ of habeas corpus and dismissing this action with prejudice.

DATED: __September 23, 2009__

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE