UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY DEJURNETT, | ) | CV 09-4759-R(CT) |
| | ) | |
|     Petitioner, | ) | |
| | ) | JUDGMENT |
|     v. | ) | |
| | ) | |
| JOHN F. SALZAR, WARDEN, | ) | |
| | ) | |
|     Respondent. | ) | |
| _____ | ) | |

    In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

    DATED: ___September 23, 2009___

                                                          _____

                                                          MANUEL L. REAL
                                                          UNITED STATES DISTRICT JUDGE